**[J-101-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 59 MAP 2014 |
| | : |
| Appellee | : Appeal from the Order of the Superior |
| | : Court dated December 3, 2013 at No. |
| | : 1790 MDA 2012, affirming the Judgment |
| v. | : of Sentence of the Court of Common |
| | : Pleas of Berks County, Criminal Division, |
| | : dated July 20, 2012 at No. CP-06-CR- |
| KEVIN JOHNSON, | : 0004370-2011 |
| | : |
| Appellant | : ARGUED:  November 18, 2014 |

## ORDER

**PER CURIAM**                                    **DECIDED:  December 24, 2014**

**AND NOW,** this 24th day of December, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Mr. Chief Justice Castille did not participate in the consideration or decision of this matter.